IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TIMOTHY MICHAEL MALOCH,<br><br>   Plaintiff,<br><br> v.<br><br>SALT LAKE COUNTY METRO JAIL,<br><br>   Defendant. | **DISMISSAL ORDER<br>& MEMORANDUM DECISION**<br><br>Case No. 2:12-CV-1084 DB<br><br>District Judge Dee Benson |

  Plaintiff, inmate Timothy Michael Maloch, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2013), proceeding *in forma pauperis*, *see* 28 *id.* 1915. Reviewing the Complaint under § 1915(e), in an Order dated June 21, 2013, the Court determined Plaintiff's Complaint was deficient. The Court then gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.

  Instead of doing so, Plaintiff wrote to the Court that he "will not be serving court order(s) involving 'Amend Deficiant [sic] Complaint and/or Memorandum Decision.'" He then wrote another letter in which he stated, "I am not interested in changing my original filing . . . ." There is no chance that Plaintiff misunderstands the consequences of his statements. After all, in an earlier case, he sent the Court a similar response to an order to cure deficiencies in that complaint, and,

after the Court explained the effect of his response and gave him another chance to cure, he stuck with his determination not to amend his complaint--only to have it dismissed for failure to state a claim.  *See Maloch v Nguyen*, No. 2:12-CV-830 DAK (D. Utah Apr. 24, 2013).

    **IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** with prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.  The Court has given Plaintiff an opportunity to amend and deems further opportunities futile.  This case is **CLOSED.**

    DATED this 22 day of July, 2013.

    BY THE COURT:

_____
JUDGE DEE BENSON
United States District Court